Prob 12
(D/VT Rev. 11/16)

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 AUG -5 PM 1: 33

CLERK
BY _____*@*_____
DEPUTY CLERK

U.S.A. vs. Jennifer Bessette

Docket No. 2:22CR00060-1

**Petition on Probation and Supervised Release**

COMES NOW MARY E. SELLER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jennifer Bessette, who was placed on supervision by the Honorable Robert E. Payne sitting in the Court at Richmond in the Eastern District of Virginia on the 30th day of August, 2018, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1) *The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $100.00 or 25% of gross monthly income, whichever is greater, starting 60 days after supervision begins until paid in full.*

2) *The defendant shall provide the probation officer access to any requested financial information.*

3) *The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, settlements, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.*

4) *The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, all as directed by the probation officer.*

5) *The defendant shall participate in a program approved by the United States Probation Office for mental health treatment.*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Standard Condition #6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

   On July 28, 2022, Bessette moved from her approved residence and failed to notify the probation officer, as evidenced by her admission to the probation officer on August 2, 2022.

2. **Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

   On or about July 20, 2022, Bessette used cocaine, as evidenced by her admission to the probation officer. On July 22, 2022, Bessette used Suboxone (not prescribed to her), as evidenced by her admission to the probation officer.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Jennifer Bessette before the Court to show cause why her term of supervised release should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 5th day of August, 20 22 and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant. | Executed on August 5, 2022 |

_____
U.S. District Court Judge

Mary Seller
U.S. Probation Officer
Place: Burlington

Date: August 5, 2022