Prob 12
(D/VT Rev. 10/22)



UNITED STATES DISTRICT COURT
For The
DISTRICT OF VERMONT

2023 AUG 22 AM 11: 34

U.S.A. vs. Jennifer Bessette

Docket No. 2:22CR00060-1

## Petition on Probation and Supervised Release

BY_____

COMES NOW SHAWNA R. LAPIERRE, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jennifer Bessette, who was placed on supervision by The Honorable Christina Reiss sitting in the Court at Burlington in the District of Vermont, on the 26th day of May, 2023, who ordered a period of supervision until November 2, 2024, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

*1) The defendant shall pay the balance owed on any court-ordered financial obligations in monthly installments of not less than $100.00 or 25% of gross monthly income, whichever is greater, starting 60 days after supervision begins until paid in full.*

*2) The defendant shall provide the probation officer access to any requested financial information.*

*3) The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, settlements, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.*

*4) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, all as directed by the probation officer.*

*5) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment.*

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Mandatory Condition (3): You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

   The defendant used cocaine on or about July 29, 2023, July 30, 2023 and August 1, 2023, as evidenced by her own admission, as well as a urine specimen provided on August 4, 2023 that was positive for cocaine.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Jennifer Bessette may before the Court to show cause why her term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

*Shawna Lapierre*

Shawna R. Lapierre
Senior U.S. Probation Officer

Executed on August 21, 2023

Place: Burlington

ORDER OF COURT

Considered and ordered this __21st__ day of __August__, 20__23__ and ordered filed and made a part of the records in the above case.

U.S. District Court Judge