AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America<br>v.<br>Jennifer Bessette<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:22-cr-00060-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jennifer Bessette ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

- Use of cocaine
- Failing to appear for drug testing
- Failing to attend treatment
- Failing to reside at approved residence

Date: 12/15/23

*Issuing officer's signature*

City and state: Burlington, Vermont

Christine Reiss, U.S. District Court Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/15/23, and the person was arrested on *(date)* 12/18/23
at *(city and state)* Burlington, VT .

Date: 12/18/23

*Arresting officer's signature*

*Printed name and title*